| | |
|---|---|
| KRISTIN A. LINSLEY, SBN 154148<br>  klinsley@gibsondunn.com<br>ROSEMARIE T. RING, SBN 220769<br>  rring@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br><br>ASHLEY M. SIMONSEN, SBN 275203<br>  asimonsen@cov.com<br>ISAAC D. CHAPUT, SBN 326923<br>  ichaput@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: 415.591.6000<br><br>*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*<br><br>***Additional counsel listed on signature page*** | Laura Marquez-Garrett, SBN 221542<br>  laura@socialmediavictims.org<br>Matthew Bergman, *pro hac vice forthcoming*<br>  matt@socialmediavictims.org<br>Glenn Draper, *pro hac vice forthcoming*<br>  glenn@socialmediavictims.org<br>SOCIAL MEDIA VICTIMS LAW CENTER PLLC<br>821 Second Ave., Suite 2100<br>Seattle, WA 98104<br>Telephone:  206-741-4862<br>Facsimile:  206-957-9549<br><br>Christopher A. Seeger, *pro hac vice forthcoming*<br>  cseeger@seegerweiss.com<br>Christopher Ayers, *pro hac vice forthcoming*<br>  cayers@seegerweiss.com<br>SEEGER WEISS LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Telephone:  973-639-9100<br>Facsimile:  973-679-8656<br><br>Robert H. Klonoff, *pro hac vice forthcoming*<br>  klonoff@usa.net<br>2425 S.W. 76th Ave.<br>Portland, Oregon 97225<br>Telephone:  503-702-0218<br>Facsimile:  503-768-6671<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| L.A.T., individually and as next of friend to minor plaintiffs P.T. and L.T.,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | CASE NO. 4:22-cv-04937-HSG<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING JPML RULING**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2, 4th Floor |

# STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiffs L.A.T., P.T., and L.T., and Defendants Meta Platforms, Inc., YouTube, LLC, Google LLC, Alphabet Inc., TikTok Inc., and ByteDance Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, there is a currently pending motion asking the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to centralize this case with 28 other actions similar to this action and to transfer the centralized actions to a different district (Mot. for Transfer and Coordination or Consolidation under 28 U.S.C. § 1407, *In re Social Media Adolescent Addiction/Personal Injury Product Liability Litigation*, MDL No. 3047 (J.P.M.L.) [the "MDL Transfer Motion"]);

WHEREAS, the Parties believe that the MDL Panel has set the MDL Transfer Motion for consideration at its next hearing session, which is scheduled for September 29, 2022;

WHEREAS, stays have already been entered in other cases pending in this District that are the subject of the MDL Transfer Motion (*See, e.g.*, Order, *Rodriguez v. Meta Platforms, Inc.*, No. 3:22-cv-00401 (N.D. Cal. Aug. 2, 2022), ECF No. 100 ["In light of the JPML proceedings, MDL No. 3047, the case is stayed pending further order."]; Order, *Heffner v. Meta Platforms, Inc.*, No. 3:22-cv-03849 (N.D. Cal. Aug. 2, 2022), ECF No. 13 [same]; Order, *Aranda v. Meta Platforms, Inc.*, No. 3:22-cv-04209 (N.D. Cal. Aug. 2, 2022), ECF No. 13 [same]; Order, *Roberts v. Meta Platforms, Inc.*, No. 4:22-cv-04210 (N.D. Cal. Aug. 15, 2022), ECF No. 22 [same]; Order, *Wuest v. Meta Platforms, Inc.*, No. 4:22-cv-04283 (N.D. Cal. Aug. 15, 2022), ECF No. 19 [same]; Order, *Martin v. Meta Platforms, Inc.*, No. 3:22-cv-04286 (N.D. Cal. Aug. 15, 2022), ECF No. 17 [same]); Order, *Seekford v. Meta Platforms, Inc. et al.*, No. 4:22-cv-03883 (N.D. Cal. Aug. 15, 2022), ECF No. 18 [same]; Order, *Spence v. Meta Platforms, Inc.*, No. 4:22-cv-03294 (N.D. Cal. Aug. 19, 2022), ECF No. 29 [same]; Order, *Flatt v. Meta Platforms, Inc. et al.*, No. 3:22-cv-04535 (N.D. Cal. Aug. 19, 2022), ECF No. 16 [same]; Order, *M.C. v. Meta Platforms, Inc. et al.*, No. 4:22-cv-04529 (N.D. Cal. Aug. 22, 2022), ECF No. 26 [same]; Order, *T.K. v. Meta Platforms, Inc. et al.*, No. 3:22-cv-04588 (N.D. Cal. Sept. 1, 2022), ECF No. 15 [same]);

WHEREAS, Plaintiffs filed the Complaint on August 29, 2022 (Dkt. 1);

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. All proceedings and deadlines, including but not limited to the requirement for Defendants to move to dismiss, answer, or otherwise respond to the Complaint, shall be STAYED in this action pending further order of the court following the decision of the JPML on the pending MDL Transfer Motion (MDL No. 3047);

2. In the event the JPML does not transfer this case pursuant to 28 U.S.C. § 1407, Defendants shall have 30 days from the date of the MDL Panel's decision to respond to Plaintiffs' Complaint.  Should Defendants file any motion requiring a response from Plaintiffs, Plaintiffs shall have 45 days to respond to such a motion and Defendants shall have 21 days to file any reply; and

3. The Parties reserve all other rights, including but not limited to, with respect to any position taken by the Parties before the MDL Panel, Plaintiffs' ability to dismiss their claims against any Defendants during the pendency of the stay, and Defendants' ability to object to issues related to service and/or jurisdiction.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 15, 2022                    GIBSON, DUNN & CRUTCHER LLP


                                              By:    /s/ Rosemarie T. Ring
                                                        Rosemarie T. Ring

                                              *Attorneys for Defendant Meta Platforms, Inc.*

Dated:  September 15, 2022                    COVINGTON & BURLING LLP


                                              By:    /s/ Ashley M. Simonsen
                                                        Ashley M. Simonsen

                                              *Attorneys for Defendant Meta Platforms, Inc.*

| | |
|---|---|
| Dated: September 15, 2022 | WILSON SONSINI GOODRICH & ROSATI |
| | By: ___/s/ Lauren Gallo White___<br>Lauren Gallo White |
| | LAUREN GALLO WHITE, SBN 309075<br>lwhite@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza<br>Spear Tower, Ste. 3300<br>San Francisco, CA 94105 |
| | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |
| Dated: September 15, 2022 | KING & SPALDING LLP |
| | By: ___/s/ Albert Giang___<br>Albert Giang |
| | ALBERT GIANG, SBN 224332<br>agiang@kslaw.com<br>KING & SPALDING<br>633 W. 5th St., Ste. 1600<br>Los Angeles, Ca 90071<br>Telephone: 213.443.4355 |
| | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| Dated: September 15, 2022 | SOCIAL MEDIA VICTIMS LAW CENTER |
| | By: ___/s/ Matthew P. Bergman___<br>Matthew P. Bergman |
| | *Attorneys for Plaintiffs* |

**ATTORNEY ATTESTATION**

I, Rosemarie T. Ring, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: <u>  */s/ Rosemarie T. Ring*  </u>
Rosemarie T. Ring

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/15/2022

<u>   *[signature: Haywood S. Gilliam Jr.]*   </u>
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE